UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK BERRIOS DESIGNS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| ARTHUR MONROE CONSTRUCTION, | § | CIVIL ACTION NO. H-05-3633 |
| L.L.C., | § | |
| ARTHUR MONROE, | § | |
| and | § | |
| VIVIAN MONROE, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion for partial judgment on the pleadings. Plaintiff requests that the Court strike, as legally insufficient, all of the defenses asserted in Defendants' Second Amended Answer. After considering the motion and the applicable law, the Court finds that the motion, Docket No. 11, should be and hereby is **GRANTED** and that all of the defenses asserted in Defendants' Second Amended Complaint should be and hereby are **STRICKEN**. The Court further finds that, because Defendants have admitted to each of the elements of copyright infringement and have asserted no valid defenses, judgment for Plaintiff on the issue of liability should be and hereby is **GRANTED**.

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 27th day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**