UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PATRICK BERRIOS DESIGNS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | |
| | § | |
| **ARTHUR MONROE CONSTRUCTION,** | § | **CIVIL ACTION NO. H-05-3633** |
| **L.L.C.,** | § | |
| **ARTHUR MONROE,** | § | |
| and | § | |
| **VIVIAN MONROE,** | § | |
| | § | |
| **Defendants.** | § | |

# MEMORANDUM AND ORDER

On May 24, 2006, this Court issued a Memorandum and Order directing Defendants Arthur and Vivian Monroe to attend, in person, the hearing to be held on May 30, 2006. While Mr. Monroe and his attorney were present at that hearing, Mrs. Monroe was not in attendance, and no reason was offered for her absence. Accordingly, the Court hereby **ORDERS** Mrs. Monroe to present herself before the Court on Thursday, June 1, 2006, at 10:30 a.m., to show cause why the Court should not hold her in contempt.

1

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of May, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**