UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **PATRICK BERRIOS DESIGNS, INC.,** | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| **ARTHUR MONROE CONSTRUCTION, L.L.C.,** | § CIVIL ACTION NO. H-05-3633 |
| **ARTHUR MONROE,** | § |
| and | § |
| **VIVIAN MONROE,** | § |
| | § |
| Defendants. | § |

## MEMORANDUM AND ORDER

At the hearing held on June 27, 2006, the Court granted defense counsel's motion to withdraw from this case. Accordingly, and because a corporate party cannot appear before the Court unless represented by counsel, Defendant Arthur Monroe Construction, L.L.C. is hereby **ORDERED** to enter an appearance through counsel within fourteen days of the issuance of this Memorandum and Order.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 27th day of June, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**