UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PATRICK BERRIOS DESIGNS, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| **ARTHUR MONROE CONSTRUCTION, L.L.C.,** | § | **CIVIL ACTION NO. H-05-3633** |
| **ARTHUR MONROE,** | § | |
| and | § | |
| **VIVIAN MONROE,** | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

On this third day of August, 2006, Defendants Arthur and Vivian Monroe appeared before the Court and requested that the depositions scheduled to take place today be postponed until the Monroes have secured counsel. After considering the pattern of delay in this case, as well as the fact that Plaintiff had already arranged for a court reporter to be present, the Court hereby **ORDERS** the Monroes to present themselves immediately for depositions or to pay to Plaintiff the sum of 200 dollars, plus the cost of the court reporter's time.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 3rd day of August, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1